**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason JONES, Defendant–Appellant.**

**No. 15–3063.**

United States Court of Appeals, Tenth Circuit.

July 20, 2015.

Debra Barnett, Office of the United States Attorney, Wichita, KS, JAmes A. Brown, Office of the United States Attorney, Topeka, KS, for Plaintiff–Appellee.

Jason Jones, Lompoc, CA, pro se.

Before, HARTZ, TYMKOVICH, and MORITZ, Circuit Judges.

### ORDER DENYING CERTIFICATE OF APPEALABILITY

HARRIS L. HARTZ, Circuit Judge.

Defendant Jason Jones seeks a certificate of appealability (COA) so that he can appeal the denial by the United States District Court for the District of Kansas of his motion for relief under 28 U.S.C. § 2255. *See* 28 U.S.C. § 2253(c)(1)(B) (requiring COA to appeal denial of relief under § 2255). A COA "may issue ... only if the applicant has made a substantial showing of the denial of a constitutional right." *Id.* § 2253(c)(2).

Defendant's sole claim is that the Fifth and Sixth Amendments entitled him to jury findings beyond a reasonable doubt on the elements of his sentence enhancement under the Armed Career Criminal Act, 18 U.S.C. § 924(e). As we informed him when he raised this identical issue on his direct appeal of his conviction, *see United States v. Jones,* 530 Fed.Appx. 747,

754 (10th Cir.2013), this claim has no merit. *See United States v. Prichard,* 875 F.2d 789, 791 (10th Cir.1989) (per curiam) ("Absent an intervening change in the law of a circuit, issues disposed of on direct appeal generally will not be considered on a collateral attack by a motion pursuant to § 2255.").

We DENY a COA and DISMISS the appeal.